George **MARSHALL**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 41365.

Court of Criminal Appeals of Texas.

Oct. 9, 1968.

See also, Tex.Cr.App., 432 S.W.2d 918.

Brantley Pringle, Fort Worth, for appellant.

Frank Coffey, Dist. Atty., John A. Brady, William A. Knapp and John Howze, Asst. Dist. Attys., Forth Worth, and Leon B. Douglas, State's Atty., Austin, for the State.

OPINION

BELCHER, Judge.

The conviction is for the possession of marihuana; the punishment, fifty years.

The sole ground urged as error is that:

"The Indictment in this case is too vague, general, and indefinite to apprise

the defendant of the charge against him, and will not support a conviction."

The indictment alleges that the appellant did "on or about the 24th day of August," 1968, " * * * unlawfully possess a narcotic drug, to-wit: marihuana."

No motion was made to quash the indictment.

The allegations of the indictment are sufficient to charge the offense of possession of marihuana. Willson's Tex.Crim.Forms 7th Ed. Sec. 942; 3 Branch 2d 355, Sec. 1423.2; Fawcett v. State, Tex.Cr.App., 127 S.W.2d 905; Fletcher v. State, 162 Tex.Cr. R. 100, 282 S.W.2d 230; Gonzales v. State, 163 Tex.Cr.R. 432, 293 S.W.2d 786; Gonzalez v. State, 168 Tex.Cr.R. 49, 323 S.W. 2d 55.

The judgment is affirmed.